UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| VIRGINIA S. CAUDILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 5:10-CV-84-DCR |
| v. ) | |
| ) | ORDER |
| JANET CONOVER, WARDEN, ) | |
| ) | |
| Respondent. ) | |

*** *** *** ***

Respondent Janet Conover has filed an answer in opposition to Petitioner Virginia S. Caudill's Petition for a writ of habeas corpus. (D.E. 9). The Court hereby **ORDERS** that any reply by Petitioner shall be filed by no later than **Monday, June 6, 2011**.

This the 5th day of April, 2011.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge